IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON E. ROGERS, #254 032, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WARDEN BOYD, *et al.*, )<br>)<br>Respondents. ) | CIVIL ACTION NO.: 2:13-CV-227-WHA<br>[WO] |

## **FINAL JUDGMENT**

Pursuant to the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Respondents, and against Petitioner, and this 28 U.S.C. § 2254 petition for habeas corpus relief is DISMISSED in accordance with the provisions of the order entered this day.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 29th day of September, 2016.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE